435 A.2d 1333

Commonwealth v. Simon, Appellant.

Submitted April 16, 1980. David P. Truax, for appellant; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 1333

Commonwealth v. Stanford, Appellant.

Submitted March 6, 1980. Douglas W. Herman, Assistant Public Defender, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.